[No. 69295-0-I.   Division One.   September 9, 2013.]

TIMOTHY P. MERRIMAN, *Appellant*, v. WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-2-01956-1, David A. Kurtz, J. Pro Tem., entered August 21, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Spearman, J.

[No. 42565-3-II.   Division Two.   September 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAYMOND NORDSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01492-6, John F. Nichols, J., entered September 9, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall, J., and Fearing, J.

[No. 42698-6-II.   Division Two.   September 10, 2013.]

*In the Matter of* M.L.

GARRETT LAIL, *Respondent*, v. KIMBERLY BRIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-3-00043-1, Gordon Godfrey, J., entered September 15, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall, J., and Dalton, J. Pro Tem.

[No. 43115-7-II.   Division Two.   September 10, 2013.]

CAPITAL ONE BANK (USA), NA, *Respondent*, v. HEATHER F. LUKASHIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-02299-3, Christine A. Pomeroy, J., entered January 27, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Tollefson, J. Pro Tem.